

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00457-CV

| | | |
|---|---|---|
| In the Interest of E.M., E.M. and I.M., the Children | § | From the 16th District Court |
| | § | of Denton County (2011-10646-16) |
| | § | May 14, 2013 |
| | § | Opinion by Justice Gardner |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Anne Gardner